UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIUS MARTIS, DERIVATIVELY ON BEHALF OF MULLEN AUTOMOTIVE, INC., <br><br> PLAINTIFF, <br><br> VS. <br><br> DAVID MICHERY, MARY WINTER, MARK BETOR, KENT PUCKETT, OLEG FIRER, JON NAJARIAN, JOHN ROLAND, TODD RAARUP, ARGUS MERCHANT SERVICES, LLC AND RBL CAPITAL GROUP LLC, <br><br> DEFENDANTS, <br><br> AND <br><br> MULLEN AUTOMOTIVE, INC., <br><br> NOMINAL DEFENDANT. | CIVIL ACTION NO.: 2:24-cv-2908 <br><br><br> **JOINT STIPULATION AND [~~~~~~~~~] ORDER ON RESPONSIVE PLEADING DEADLINE FOR DEFENDANT ARGUS MERCHANT SERVICES, LLC** |

Plaintiff Marius Martis, derivatively on behalf of Mullen Automotive, Inc. ("Plaintiff") and Defendant Argus Merchant Services, LLC ("Defendant"), through their respective counsel of record, hereby stipulate to set a schedule for Defendant's' responsive pleading deadline and response thereto as follows.

**WHEREAS,** On March 14, 2024, Plaintiff commenced the above-captioned class action with their initial Complaint. ECF No. 1;

**WHEREAS,** On April 10, 2024, Plaintiff served Defendant. ECF No. 4;

**WHEREAS,** On April 12, 2024, Plaintiff filed their return of service for Defendant. ECF No. 4;

**WHEREAS**, On May 24, 2024, as to Defendant, the Court ordered Plaintiff "to move this civil action by requesting that a default and default judgment be entered or submitting an extension to Answer out of time within fourteen (14) days from the date hereof." ECF No. 6;

**WHEREAS**, counsel for Defendant requested Plaintiff grant an extension for its time to file a responsive pleading.

**WHEREAS**, Defendant was properly served, does not contest service, and waives any defense with respect to service.

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel, subject to the approval of the Court, that:

1. Defendant shall file its responsive pleading, by July 7, 2024.
2. Plaintiff shall file their opposition to the responsive pleading, if any, by August 7, 2024.

| SQUITIERI & FEARON, LLP | BERESS & ZALKIND PLLC |
|---|---|
| /s/*Lee Squitieri* | /s/ *Ella Zalkind* |
| Lee Squitieri, Esq. | Ella Zalkind, Esq. |
| 305 Broadway, 7th Floor | 2640 E 14th St # C1 |
| New York, New York 10007 | Brooklyn, NY 11235 |
| Telephone: (212) 421-6492 | |
| Facsimile: (212) 421-6553 | *Attorneys for Defendant Argus* |
| lee@sfclasslaw.com | *Merchant Services, LLC* |

IT IS SO ORDERED.

Dated: June 5, 2024

_____
JUDGE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE