UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIUS MARTIS, derivatively on behalf of MULLEN AUTOMOTIVE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID MICHERY, MARY WINTER, MARK BETOR, KENT PUCKETT, OLEG FIRER, JON NAJARIAN, JOHN ROLAND, TODD RAARUP, ARGUS MERCHANT SERVICES, LLC and RBL CAPITAL GROUP LLC, <br><br> Defendants, <br><br> and <br><br> MULLEN AUTOMOTIVE, INC., <br><br> Nominal Defendant | Civil Action No.: 2:24-cv-02908 <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

WHEREAS, this action was commenced as a putative class action under rule 23(b)(3);

WHEREAS, no party has joined issue or otherwise moved for relief;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action:

Plaintiff hereby dismisses this action against all Defendants pursuant to Fed. R. Civ. P. 41(a) without prejudice and without costs to any party.

Dated: June 13, 2024

SO ORDERED:

*s/ Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: JUNE 14, 2024

**SQUITIERI & FEARON, LLP**

By: */s/Lee Squitieri*
Lee Squitieri
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 421-6492

*Attorneys for Plaintiff*